**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **STEPHANIE L. TEETER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CAUSE NO.  1:04-cv-1856-WTL-RLY** |
| | ) | |
| **JO ANNE B. BARNHART, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**J U D G M E N T**

The Court, having this day made its Entry, **IT IS THEREFORE ADJUDGED** that the

decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the

Commissioner for further proceedings consistent with the Court's Entry.

SO ORDERED:  09/08/2006

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov lin.montigney@usdoj.gov

J. Paul Palguta
PALGUTA & HESSELGRAVE
gutalaw@comcast.net